USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
EMMANUEL PACQUIAO,

        Plaintiff,

   -against-                  05 Civ. 4200 (LAP)

M&M SPORTS, INC. and         ORDER
MURAD MUHAMMAD,

        Defendants.
------------------------------------x

LORETTA A. PRESKA, United States District Judge:

    Having received notification that the parties have reached a settlement in the above action, and in accordance with the terms and conditions reflected in the sealed transcript of a conference held on June 28, 2005, it is hereby ORDERED that the Clerk of the Court shall mark the action closed and all pending motions denied as moot.

SO ORDERED

June 28, 2005

                                       _____
                                       LORETTA A. PRESKA, U.S.D.J.